# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE ALLEN THOMAS, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:17-CV-0348-N-BH |
| | § | |
| THE STATE OF TEXAS, et. al, | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Danny Griffith's Motion to Dismiss the First Amended Complaint [F.R.C.P. 12(b)(6)]*, filed March 23, 2017 (doc. 38); *Defendant Marc Pieroni's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure, Rules 12(b)1() and (6)*, filed April 13, 2017 (doc. 56); *413th District Court Judge William Bosworth, 66th Judicial District Court Judge F.B. McGregor, 18th District Court Judge John Neill, 249th District Court Judge Dennis Wayne Bridewell, and the State of Texas' Motions to Dismiss on the Basis of Official, Qualified, Eleventh Amendment and Judicial Immunity and Absence of Standing*, filed May 3, 2017 (doc. 69); *Defendants Johnson County, Texas, Bob Alford, Ken Bartlett, Ronald McBroom, Dale Hanna, and Martin Strahan's Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support Thereof*, filed June 2, 2017 (doc. 80); and *Defendant Greg Gorman's Third Motion to Dismiss Pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and (6)*, filed June 2, 2017 (doc. 81) are all **GRANTED**. *Plaintiff's*

*Motion to Disqualify Opposing Counsel for Marc Pieron[i]*, filed April 27, 2017 (doc. 64), is **DENIED as moot**.

By separate judgment, the plaintiff's federal and state law claims against the State, and her federal claim for injunctive relief will be **DISMISSED without prejudice** for lack of subject matter jurisdiction, her federal and state law claims against the moving defendants will be **DISMISSED with prejudice** for failure to state a claim, and her remaining state law claims against defendant Marc Pieroni and her claims against John Does 1-5 and Jane Does 1-5 will be *sua sponte* **DISMISSED with prejudice** for failure to state a claim.

SIGNED this 12th day of March, 2018.

---
UNITED STATES DISTRICT JUDGE