IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE ALLEN THOMAS, § | | |
| Plaintiff, § | | |
| vs. § | Civil Action No. 3:17-CV-0348-N-BH | |
| § | | |
| THE STATE OF TEXAS, et. al, § | | |
| Defendants. § | Referred to U.S. Magistrate Judge | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Emergency Hearing*, filed May 3, 2018 (doc. 101), is liberally construed as arising under Rule 60(b) of the Federal Rules of Civil Procedure, and it is **DENIED**.

**SIGNED this 8th day of June, 2018.**

_____
**UNITED STATES DISTRICT JUDGE**